UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AIN JEEM, INC.,

    Plaintiff,

v.                                            Case No. 8:21-cv-1331-VMC-AEP

THE INDIVIDUALS,
PARTERNSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

This cause comes before the Court upon Defendant Hall of Fame Sports Memorabilia, Inc's ("HOFSM") Time-Sensitive Motion for Miscellaneous Relief (Doc. 53) and Plaintiff's response in opposition thereto (Doc. 61). By the motion, HOFSM requests, among other things, that the Court issue an order denying Plaintiff's request for a preliminary injunction as to HOFSM, dissolving the temporary restraining order against HOFSM, and requiring Plaintiff to take all necessary steps to effectuate the immediate release of all HOFSM assets that were frozen as a result of the temporary restraining order entered in this action. According to HOFSM, the allegations against it in the current action are encompassed by a purported global settlement reached in a similar action pending

in this District (Doc. 53-1, Declaration of Mary Lloyd, Ex. A).[1] Initially, Plaintiff opposed HOFSM's request (Doc. 61). During a hearing held on the pending motion for preliminary injunction, however, Plaintiff withdrew its request for entry of a preliminary injunction and the maintenance of a temporary restraining order and asset freeze against HOFSM. Accordingly, it is hereby

RECOMMENDED:

1. HOFSM's Time-Sensitive Motion for Miscellaneous Relief (Doc. 53) be granted.

2. Plaintiff's request for a preliminary injunction against HOFSM be denied.

3. The temporary restraining order be dissolved as to HOFSM.

4. Within seven (7) days of the date of the order on the instant motion, Plaintiff be directed to take all necessary steps to effectuate the immediate release of all HOFSM assets that were frozen as a result of the temporary restraining order entered in this action.

IT IS SO REPORTED in Tampa, Florida, this 14th day of July, 2021.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

---

[1] *See Ain Jeem, Inc. v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A*, Case No. 8:21-cv-01082-KKM-CPT (M.D. Fla.) (filed May 5, 2021).

## NOTICE TO PARTIES

A party has fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **Should the parties wish to expedite the resolution of this matter, they may promptly file a joint notice of no objection.**

cc:   Hon. Virginia M. Hernandez Covington
      Counsel of Record