UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AIN JEEM, INC.,

    Plaintiff,
v.                                    Case No. 8:21-cv-1331-VMC-AEP

THE INDIVIDUALS,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court upon consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 66), filed on July 14, 2021, recommending that Defendant Hall of Fame Sports Memorabilia, Inc.'s Time-Sensitive Motion for Miscellaneous Relief (Doc. # 53) be granted.

    The Report and Recommendation indicates that Plaintiff Ain Jeem, Inc. "withdrew its request for entry of a preliminary injunction and the maintenance of a temporary restraining order and asset freeze against [Hall of Fame]" at the hearing on the Motion. (Id.). Additionally, on July 16, 2021, the parties filed a joint notice indicating that neither party objects to the Report and Recommendation. (Doc. # 74).

1

Accordingly, the Court accepts and adopts the Report and Recommendation (Doc. # 66) and grants Hall of Fame's Motion for Miscellaneous Relief. (Doc. # 53).

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 66) is **ACCEPTED** and **ADOPTED.**

(2) Defendant Hall of Fame Sports Memorabilia, Inc.'s Time-Sensitive Motion for Miscellaneous Relief (Doc. # 53) is **GRANTED.**

(3) Plaintiff Ain Jeem, Inc.'s Motion for Preliminary Injunction (Doc. # 14) is **DENIED** as to Hall of Fame.

(4) The Temporary Restraining Order (Doc. # 8) is **DISSOLVED** as to Hall of Fame.

(5) Within seven days of the date of this Order, Ain Jeem is **DIRECTED** to take all necessary steps to effectuate the immediate release of all Hall of Fame assets that were frozen as a result of the temporary restraining order entered in this action.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of July, 2021.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE