```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

AIN JEEM, INC.,

    Plaintiff,

v.                              Case No. 8:21-cv-1331-VMC-AEP

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**ORDER**

    This matter is before the Court on consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 373), filed on August 3, 2022, recommending that Defendant/Counter-Plaintiff Carl Puckett's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit (Doc. # 365) be denied.

    As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and denies the Motion.

**Discussion**

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).

In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 373) is **ACCEPTED** and **ADOPTED.**

(2) Defendant/Counter-Plaintiff Carl Puckett's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit (Doc. # 365) is **DENIED.**

(3) The Court certifies that the appeal is not taken in good faith.

(4) In accordance with Rule 24(a)(4)(A), Federal Rules of Appellate Procedure, the Clerk is directed to notify the

parties and the United States Court of Appeals for the Eleventh Circuit that Puckett's request to proceed *in forma pauperis* is denied.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 29th day of August, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE